SANFORD P. ROSEN & ASSOCIATES, P.C.
Proposed Attorneys for the Debtor
  and Debtor-in-Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re

ARCADE PUBLISHING, INC.,                    Case No. 09-13636 (MG)

                           Debtor.          Chapter 11
----------------------------------x

**NOTICE OF AMENDMENT TO THE DEBTOR'S
(i) STATEMENT OF FINANCIAL AFFAIRS, (ii) SCHEDULE
OF CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS, AND
(iii) SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

      PLEASE TAKE NOTICE that pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure and Rule 1009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York, Arcade Publishing, Inc., debtor and debtor-in-possession (the "**Debtor**"), hereby amends its Statement of Financial Affairs, Schedule of Creditors Holding Unsecured Nonpriority Claims, and Schedule of Executory Contracts and Unexpired Leases as set forth herein.

      The Debtor's Statement of Financial Affairs is hereby amended so as to add the following suit in response to Question 4:

>    Davis & Gilbert LLC v. Arcade Publishing, Inc.
>    Index No. 603387/08
>    Supreme Court of the State of New York
>    County of New York
>    (Action for payment for services)
>    Status Pending

The Debtor's Schedule of Creditors Holding Unsecured Nonpriority Claims is hereby amended so as to correct the addresses of the following previously scheduled creditors:

>    Flora Miller Biddle
>    17 East 97th Street
>    New York, NY 10029
>
>    Julius Lester
>    c/o Menza-Barron Literary Agency
>    511 Sixth Avenue, #51
>    New York, NY 10011
>
>    Terre Seeley
>    646 West Falmouth Highway
>    Falmouth, MA 02540

The Debtor's Schedule of Executory Contracts and Unexpired Leases is hereby amended so as to add the following executory contract:

>    Little, Brown and Company
>    34 Beacon Street
>    Boston, MA 02108
>    Distribution Agreement, dated August 1, 1992

Dated: New York, New York
       June 24, 2009

>                   SANFORD P. ROSEN & ASSOCIATES, P.C.
>                   Proposed Attorneys for the Debtor and
>                     Debtor-in-Possession
>
>                   By: /s/ Sanford P. Rosen
>                       Sanford P. Rosen
>
>                   747 Third Avenue
>                   New York, NY 10017-2803
>                   (212) 223-1100