**Hearing Date: 07/28/2009**
**Time: 10:00 a.m.**

SANFORD P. ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtor
  and Debtor in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
In re

ARCADE PUBLISHING, INC.,                    Case No. 09-13636 (MG)

                         Debtor.            Chapter 11
-----------------------------------x

## NOTICE OF DEBTOR'S MOTION FOR AUTHORITY, PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 9014, TO REJECT (i) UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY, (ii) OFFICE EQUIPMENT LEASES, (iii) DATA SERVER AGREEMENT, AND (iv) SHIPPING AGREEMENT

PLEASE TAKE NOTICE that upon the annexed motion dated July 7, 2009 (the "**Motion**") of Arcade Publishing, Inc., the above-captioned debtor and debtor in possession (the "**Debtor**"), by its attorneys, Sanford P. Rosen & Associates, P.C., the undersigned will move at a hearing before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408, on July 28, 2009 at 10:00 a.m., or as soon thereafter as counsel can be heard for the entry of an order, substantially in the form attached as

Exhibit "D" to the Motion, pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, authorizing the Debtor to reject (i) an unexpired lease of nonresidential real property as more fully described in the Motion, (ii) two (2) office equipment leases as more fully described in the Motion, (iii) a data server subscription agreement as more fully described in the Motion, and (iv) a shipping service agreement as more fully described in the Motion, and for such other and further relief as is just and proper.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the grounds with specificity, and shall be filed electronically with this Court in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for this Court) by registered users of this Court's case filing system, and by all other parties in interest on a 3.5" disk, preferably in PDF or any Windows-based word processing format (with a hard copy delivered directly to the Judge's chambers) and served in accordance with General Order M-242 upon (i) Sanford P. Rosen & Associates, P.C., attorneys for the Debtor, 747 Third Avenue, New York, NY 10017-2803, Attn.: Sanford P. Rosen, Esq.; (ii) the

affected counterparties to the leases and agreements that are

the subject of the Motion; (iii) the Office of the United States

Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004,

Attn.: Richard C. Morrissey, Esq.; and (iv) the Official

Unsecured Creditors' Committee, so as to be received not later

than 5:00 p.m. on the third business day prior to the hearing.

Dated:   New York, New York
         July 7, 2009

> SANFORD P. ROSEN & ASSOCIATES, P.C.
> Attorneys for the Debtor and
>    Debtor in Possession
>
> By: /s/ Sanford P. Rosen
>     Sanford P. Rosen
>
> 747 Third Avenue
> New York, NY 10017-2803
> (212) 223-1100

SANFORD P. ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtor
  and Debtor in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

ARCADE PUBLISHING, INC.,                Case No. 09-13636 (MG)

                Debtor.    Chapter 11
------------------------------------x

## MOTION OF THE DEBTOR FOR AUTHORITY, PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 9014, TO REJECT (i) UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY, (ii) OFFICE EQUIPMENT LEASES, (iii) DATA SERVER AGREEMENT, AND (iv) SHIPPING AGREEMENT

Arcade Publishing, Inc., the above-captioned debtor and debtor in possession (the "**Debtor**"), by its attorneys, Sanford P. Rosen & Associates, P.C., respectfully represents:

### RELIEF REQUESTED

1.   This Motion is submitted in support of the entry of an order (the "**Order**"), pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, authorizing the Debtor to reject (i) an unexpired nonresidential property lease for premises located at 116 John Street, Suite 2810, New York, NY 10038 (the "**Real Property Lease**"); (ii) two (2) office equipment leases (the "**Equipment Leases**"); (iii) a data server

subscription agreement (the "**Subscription Agreement**"); and a shipping service agreement (the "**Shipping Agreement**") (hereinafter, collectively referred to as the "**Rejected Agreements**").  The Real Property Lease is more fully described on Exhibit "A."  The Equipment Leases are more fully described on Exhibit "B."  The Subscription Agreement and the Shipping Agreement are more fully described on Exhibit "C."  A proposed Order is attached hereto as Exhibit "D."

## BACKGROUND

2.   On June 5, 2009 (the "**Petition Date**"), the Debtor commenced in this Court a voluntary case under chapter 11 of the Bankruptcy Code.

3.   The Debtor is continuing to operate its business and manage its property as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.   The United States Trustee has appointed an Official Unsecured Creditors' Committee.

## JURISDICTION AND VENUE

5.   This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these proceedings is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2

## THE DEBTOR'S BUSINESS

6.   The Debtor, a New York Corporation, is a full-service publishing company that has been in business for over twenty (20) years.  It specializes in international and domestic literary fiction as well as history, biography, and current affairs.  The Debtor has brought to the North American reading public works by 252 authors from thirty-one (31) different countries and has published approximately 500 titles.

7.   The Debtor's principal assets consist of the following: (a) contracts with authors and licensors that confer on the Debtor specified rights to a large corpus of book titles that can be described as (i) a primary backlist of consistent book titles, (ii) a secondary backlist of more modest book titles, and (iii) a literary fiction backlist of Nobel laureates and prominent contemporary authors; (b) inventory; (c) approximately thirty (30) frontlist ready titles; and (d) electronic rights to approximately 200 titles (collectively, the "**Assets**").

8.   The Debtor intends to sell all of the Assets and wind down its operations.  Consequently, the Debtor has determined, in its sound business judgment, that continuing the Real Property Lease, as well as the Equipment Leases, the Subscription Agreement, and the Shipping Agreement would be costly and provide no benefit to the Debtor or its estate.  In

3

that connection, it vacated the premises under the Real Property Lease on June 30, 2009 and requested the equipment lessors to remove their respective property. The Debtor proposes that the rejection of the Real Property Lease, the Equipment Leases, the Subscription Agreement, and the Shipping Agreement be effective as of June 30, 2009.

## ARGUMENT

9. Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a debtor "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. 365(a). "The ability to reject [an unexpired lease or executory contract] provides the trustee or debtor-in-possession with the means to relieve the estate of the duty to perform on burdensome obligations at the expense of all of the estate's other creditors, and to avoid the incurrence of additional administrative expenses which lack a corresponding benefit to the estate." In re Ames Department Stores, Inc., 306 B.R. 43, 51-52 (Bankr. S.D.N.Y. 2004) (citing Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.), 4 F.3d 1095, 1098 (2d Cir. 1993), cert. dismissed, 511 U.S. 1026 (1994)).

10. Courts, in determining whether a debtor may be permitted to reject an executory contract or unexpired lease, use the business judgment test. In re Old Carco LLC (f/k/a

4

Chrysler LLC), No. 09-50002, 2009 WL 1708813, at *1 (Bankr. S.D.N.Y. June 19, 2009). See In re Penn Traffic Co., 524 F.3d 373, 383 (2d Cir. 2008) (citing In re Orion Pictures Corp., 4 F.3d 1095, 1098 (2d Cir. 1993)). "Generally, absent a showing of bad faith, or an abuse of discretion, the debtor's business judgment will not be altered." In re G Survivor Corp., 171 B.R. 755, 757 (Bankr. S.D.N.Y. 1994), aff'd sub nom. John Forsyth Co., Inc. v. G Licensing, Ltd., 187 B.R. 111 (S.D.N.Y. 1995).

11. The business judgment test requires only a finding that the rejection will likely benefit the estate. See, e.g., In re Bildisco, 682 F.2d 72, 79 (3d Cir. 1982), aff'd sub nom. N.L.R.B. v. Bildisco & Bildisco, 465 U.S. 513, 104 S.Ct. 1188, 79 L.Ed.2d 482 (1984); In re G Survivor Corp., 171 B.R. 755, 757.

12. The Debtor has determined that because it intends to sell substantially all of the Assets, the premises under the Real Property Lease, the office equipment under the Equipment Leases, the data and Internet services under the Subscription Agreement, and the shipping services under the Shipping Agreement are no longer necessary for continued operations. The Debtor, therefore, vacated the premises on June 30, 2009 and has requested the equipment lessors to remove their respective property. The Debtor believes that continuing the Real Property Lease and the Equipment Leases, as well as the Subscription

5

Agreement, and the Shipping Agreement would be administratively costly and burdensome and provide no benefit to the Debtor's estate.

13.   The Debtor, therefore, asks that this Court, pursuant to section 365(a) of the Bankruptcy Code, authorize it to reject the Real Property Lease, the Equipment Leases, the Subscription Agreement, and the Shipping Agreement.

14.   No prior request for the relief sought herein has been made to this or any other court.

## NOTICE

15.   The Debtor intends to give notice of this Motion to (i) the Office of the United States Trustee; (ii) the Official Unsecured Creditors' Committee; (iii) the counterparties to the Rejected Leases, and (iv) all those who have served and filed a notice of appearance and request for service of papers in this case.

WHEREFORE, the Debtor respectfully requests the entry of the proposed Order authorizing it to reject the Real Property Lease, the Equipment Leases, the Subscription Agreement, and the

6

Shipping Agreement and for such other and further relief as is

just and proper.

Dated:   New York, New York
         July 7, 2009

                              SANFORD P. ROSEN & ASSOCIATES, P.C.
                              Attorneys for the Debtor and
                                Debtor in Possession


                              By: /s/ Sanford P. Rosen
                                  Sanford P. Rosen

                              747 Third Avenue
                              New York, NY 10017-2803
                              (212) 223-1100

7

Exhibit "A"

| Landlord | Landlord Address | Property Location | Start Date | Termination Date |
|---|---|---|---|---|
| Hacienda Intercontinental Realty, Inc. | 116 John Street Suite 3112 New York, NY 10038 (212) 233-4248<br><br>Copy to: Neufeld & O'Leary 230 Park Avenue New York, NY 10169 | 116 John Street, Suite 2810 New York, NY 10038 | 8/28/2006 | 10/28/2011 |

Exhibit "B"

| Equipment Lessor | Equipment Lessor Address | Equipment | Start Date | Termination Date |
|---|---|---|---|---|
| Canon Financial Services, Inc. | P.O. Box 4004 Carol Stream, IL 60197 (800) 220-0330 | iRC5058 Copier Serial # KEM02862 | 7/30/2008 | 7/30/2011 |
| NEC Financial Services, Inc. | 300 Frank W. Burr Blvd. Teaneck, NJ 07666 (800) 451-5361 | NEC Aspire Phone System Lease # 100-601579 | 8/25/2006 | 8/25/2011 |

Exhibit "C"

| Service Provider | Service Provider Address | Services | Start Date | Termination Date |
|---|---|---|---|---|
| GiantChair, Inc. | P.O. Box 825<br>Camden, NJ 08101<br>(410) 609-3092 | - Online Catalogue Database;<br><br>- Online Editing and Content Management Tools;<br><br>- Customized Web Site; and<br><br>- Self-administered E-Mail Boxes | 1/5/2004 | 1/5/2011 |
| United Parcel Service, Inc. | UPS Corporate Headquarters<br>55 Glenlake Parkway, NE<br>Atlanta, GA  30328 | - Shipping Services | 10/6/2007 | 10/2/2010 |

Exhibit "D"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

ARCADE PUBLISHING, INC.,                    Case No. 09-13636 (MG)

                              Debtor.       Chapter 11
------------------------------------x

**ORDER AUTHORIZING THE DEBTOR, PURSUANT
TO SECTION 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULES 6006 AND 9014, TO REJECT (i) UNEXPIRED LEASE OF
NONRESIDENTIAL REAL PROPERTY, (ii) OFFICE EQUIPMENT LEASES,
(iii) DATA SERVER AGREEMENT, AND (iv) SHIPPING AGREEMENT**

Upon the motion, dated July 7, 2009 (the "**Motion**"), of

Arcade Publishing, Inc., the above-captioned debtor and debtor

in possession (the "**Debtor**"), by its attorneys Sanford P. Rosen

& Associates, P.C., for the entry of an order authorizing it,

pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy

Rules 6006 and 9014, authorizing it to reject (i) an unexpired

lease of nonresidential real property described more fully on

Exhibit "A" hereto (the "**Real Property Lease**"), (ii) two (2)

office equipment leases described more fully on Exhibit "B"

hereto (the "**Equipment Leases**"), (iii) a data server

subscription agreement described more fully on Exhibit "C"

hereto (the "**Subscription Agreement**"), and (iv) a shipping

service agreement described more fully on Exhibit "C" hereto

(the "**Shipping Agreement**"); and due and proper notice of the

Motion having been given, and it appearing that no other or further notice need be given; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing to me therefore, it is

NOW, on motion of Sanford P. Rosen & Associates, P.C., attorneys for the Debtor,

ORDERED, that the Debtor, pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, is hereby authorized to reject the Real Property Lease, the Equipment Leases, the Subscription Agreement, and the Shipping Agreement, as of June 30, 2009; and it is further

ORDERED, that the entry of this Order shall constitute the rejections authorized hereby; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated:   New York, New York
         July ___, 2009

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

2

Exhibit "A"

| Landlord | Landlord Address | Property Location | Start Date | Termination Date |
|---|---|---|---|---|
| Hacienda Intercontinental Realty, Inc. | 116 John Street Suite 3112 New York, NY 10038 (212) 233-4248<br><br>Copy to:<br>Neufeld & O'Leary 230 Park Avenue New York, NY 10169 | 116 John Street, Suite 2810 New York, NY 10038 | 8/28/2006 | 10/28/2011 |

Exhibit "B"

| Equipment Lessor | Equipment Lessor Address | Equipment | Start Date | Termination Date |
|---|---|---|---|---|
| Canon Financial Services, Inc. | P.O. Box 4004 Carol Stream, IL 60197 (800) 220-0330 | iRC5058 Copier Serial # KEM02862 | 7/30/2008 | 7/30/2011 |
| NEC Financial Services, Inc. | 300 Frank W. Burr Blvd. Teaneck, NJ 07666 (800) 451-5361 | NEC Aspire Phone System Lease # 100-601579 | 8/25/2006 | 8/25/2011 |

Exhibit "C"

| Service Provider | Service Provider Address | Services | Start Date | Termination Date |
|---|---|---|---|---|
| GiantChair, Inc. | P.O. Box 825<br>Camden, NJ 08101<br>(410) 609-3092 | - Online Catalogue Database;<br><br>- Online Editing and Content Management Tools;<br><br>- Customized Web Site; and<br><br>- Self-administered E-Mail Boxes | 1/5/2004 | 1/5/2011 |
| United Parcel Service, Inc. | UPS Corporate Headquarters<br>55 Glenlake Parkway, NE<br>Atlanta , GA  30328 | - Shipping Services | 10/6/2007 | 10/2/2010 |

SANFORD P. ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtor
  and Debtor in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

ARCADE PUBLISHING, INC.,

                              Debtor.
------------------------------------x

Chapter 11

Case No. 09-13636 (MG)


CERTIFICATE OF SERVICE OF
NOTICE OF DEBTOR'S MOTION FOR AUTHORITY,
PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 6006 AND 9014, TO REJECT (i) UNEXPIRED LEASE
OF NONRESIDENTIAL REAL PROPERTY, (ii) OFFICE EQUIPMENT LEASES,
(iii) DATA SERVER AGREEMENT, AND (iv) SHIPPING AGREEMENT

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York and am not a party to this proceeding.

On the 7th day of July, 2009, I served the Notice Of Debtor's Motion (and the Motion) for Authority, Pursuant to Section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, to Reject (i) Unexpired Lease of Nonresidential Real Property, (ii) Office Equipment Leases, (iii) Data Server Agreement, and (iv) Shipping Agreement upon the parties whose

names and addresses are set forth on the service list annexed hereto, by regular first-class mail by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:  New York, New York
        July 7, 2009

                                /s/ Carrie L. Manganiello
                                Carrie L. Manganiello

## Service List

Richard C. Morrissey, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Steve Hodel
3928 Carpenter Avenue, #303
Studio City, CA 91604

Edwards Brothers
2500 State Street
Ann Arbor, MI 48104
Attn: Carol Senters

JEP Enterprises Inc.
d/b/a Crane Duplicating Service, Inc.
4915 Rattlesnake Hammock Road
Naples, FL 34113
Attn: Richard Price, President

Andrea K. Fisher, Esq.
Attorneys for Hachette Book Group, Inc.
Squire, Sanders & Dempsey LLP
1095 Avenue of the Americas
New York, NY 10036

Jeffrey A. Marks, Esq.
Attorneys for Hachette Book Group, Inc.
Squire Sanders & Dempsey
312 Walnut Street, Site 3500
Cincinnati, OH 45202-4036

Marc A. Stadtmauer, Esq.
Attorneys for Shashi Tharoor
Stadtmauer & Associates
230 Park Avenue, Suite 2525
New York, New York 10169

The Law Offices of Anthony N. Elia, P.C.
Attorneys for Steven K. Hodel
185 Prospect Park, SW, 607
Brooklyn, NY 11218
Attn: Anthony N. Elia, Esq.

Hacienda Intercontinental Realty, Inc.
116 John Street
Suite 3112
New York, NY 10038

Neufeld & O'Leary
230 Park Avenue
New York, NY 10169

Canon Financial Services, Inc.
P.O. Box 4004
Carol Stream, IL 60197

NEC Financial Services, Inc.
300 Frank W. Burr Blvd.
Teaneck, NJ 07666

GiantChair, Inc.
P.O. Box 825
Camden, NJ 08101

United Parcel Service, Inc.
UPS Corporate Headquarters
55 Glenlake Parkway, NE
Atlanta , GA  30328