UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                                    Case No. 09-13636 (MG)

Arcade Publishing, Inc.,                                      Chapter 11

                                        Debtor.

-----------------------------------------------------------x

## ORDER, PURSUANT TO BANKRUPTCY RULE 3003(c)(3), FIXING THE LAST DATE TO FILE PROOFS OF ADMINISTRATIVE EXPENSE CLAIMS AGAINST THE DEBTOR

Upon the amended application (the "**Amended Application**") dated January 21,

2011 of Arcade Publishing, Inc., the above-captioned debtor and debtor in possession (the

"**Debtor**"), for the entry of an amended order, pursuant to Bankruptcy Rule 3003(c)(3), (i)

fixing the last date to file proofs of administrative expense claims against the Debtor and (ii)

approving the form and manner of service thereof; and it appearing that this Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue

of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it

appearing that due and proper notice of the Amended Application has been given to all parties

entitled thereto and that no other or further notice need be given; and it appearing that the relief

requested is in the best interests of the Debtor, its estate, and creditors; and after due

deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that except as otherwise provided herein, all persons and entities

(including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and

governmental units), that assert an Administrative Claim (as defined below), against the Debtor,

shall file a proof of such claim, in writing, so that it is actually received on or before March 7,

2011 at 5:00 p.m., prevailing Eastern Time (the "**Administrative Bar Date**"); and it is further

**ORDERED**, that the following procedures for filing the Administrative Claims

shall apply:

(i)    The proofs of Administrative Claim must conform substantially to the form attached to the Amended Application as Exhibit "C."

(ii)    Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) must file proofs of Administrative Claims electronically on this Court's Case Management/Electronic Case File ("**CM/ECF**") system. Those without accounts to the CM/ECF system must file their proofs of Administrative Claims by mailing or delivering the original proof of Administrative Claim by hand or overnight courier to the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 534, New York, New York 10004-1408;

(iii)    The proof of Administrative Claim must (i) be signed; (ii) include supporting documentation (if voluminous, attach a summary) or an explanation as to why documentation is not available; (iii) be in the English language; (iv) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant; (v) be denominated in United States dollars (if the claim amount is not in United States dollars, the Debtor may convert same to United States currency as of a date the Debtor determines is reasonable and appropriate given applicable circumstances);

(iv)    The proof of Administrative Claim will be deemed filed only if actually filed in conformity with these procedures and when received by the Clerk of the Bankruptcy Court on or before the Administrative Claims Bar Date.

(v)    Proofs of Administrative Claims sent by facsimile, telecopy, or electronic mail transmission will not be accepted.

and it is further

**ORDERED**, that, for purposes of this Amended Order, an "Administrative

Claim" is any "claim" (as defined in 11 U.S.C. § 101(5)) with respect to which a holder intends

to seek payment pursuant to sections 503 and 507(a)(1) and (2) of the Bankruptcy Code, and it is

further

**ORDERED**, that, proofs of Administrative Claims will not be required by

persons or entities asserting the following Administrative Claims against the Debtor:

2

(i)      Administrative Claims of professionals retained pursuant to sections 327 and 328 of the Bankruptcy Code,

(ii)     Administrative Claims previously allowed by order(s) of this Court; and

(iii)    United States Trustee fees pursuant to 28 U.S.C. § 1930.

and it is further

**ORDERED,** that nothing in this Order shall prejudice the right of the Debtor to (a) dispute, or assert offsets against or defenses to, any filed claim as to nature, amount, liability, classification, or otherwise; or (b) subsequently designate any Administrative Claim as disputed, contingent or unliquidated Notwithstanding the foregoing, nothing set forth herein shall preclude the Debtor from objecting to any Administrative Claim on any grounds, unless the Debtor is barred from doing so by another order of this Court; and it is further

**ORDERED**, that all entities required to file a proof of Administrative Claim as provided by the Order, but which fail to do so on or before the applicable Administrative Bar Date, shall be forever barred, estopped, and enjoined from asserting such Administrative Claim against the Debtor, and the Debtor and its property shall be forever discharged from any and all indebtedness or liability with respect to such Administrative Claim, and such holder shall not be permitted to participate in any distribution in the Debtor's chapter 11 case on account of such Administrative Claim or to receive further notices regarding such Administrative Claim; and it is further

**ORDERED,** that a copy of Administrative Bar Date Notice, substantially in the form annexed to the Amended Application as Exhibit "B" hereto, is approved and shall be deemed adequate and sufficient if served, together with the form of proof of Administrative Claim by first-class mail at least 35 days prior to the Administrative Bar Date, along with a proof of Administrative Claim form, on:

(a)      the Office of the United States Trustee;

3

(b) all persons or entities that have requested notice of the proceedings in this case pursuant to Bankruptcy Rule 2002;

(c) all persons or entities that have filed a proof of claim in this case;

(d) all creditors and other known holders of claims as of the date of the Administrative Bar Date Order, including all persons or entities listed in the Schedules as holding claims;

(e) all parties to executory contracts and unexpired leases of the Debtor;

(f) all parties to litigation with the Debtor;

(g) the Internal Revenue Service for this district and, if required by Bankruptcy Rule 2002(j), the Securities and Exchange Commission and any other required governmental units; and

(h) such additional persons and entities as deemed appropriate by the Debtor.

and it is further

**ORDERED,** that the Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED,** that entry of this Order is without prejudice to the right of the Debtor to seek a further order of this Court fixing a date by which holders of claims not subject to the Administrative Bar Date established herein must file such proofs of claim or be barred from doing so.

Dated: **February 1, 2011**
New York, New York

_____/s/Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE